IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUEST NETTECH CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:16-CV-00259-RWS |
| | § | |
| | § | |
| MADAVOR MEDIA, LLC | § | |
| D/B/A JAZZTIMES | § | |
| | § | |
| Defendant. | § | **JURY TRIAL REQUESTED** |

## ORDER

Before the Court is Plaintiff Quest NetTech Corporation's ("Plaintiff") Notice of Voluntary Dismissal of its complaint against Defendant Madavor Media, LLC d/b/a JazzTimes ("Defendant") with prejudice. Having considered the same, the Court finds that the Motion is GRANTED.

It is therefore ORDERED that Plaintiff's Complaint against Defendant is dismissed with prejudice.

**SIGNED this 24th day of August, 2016.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE